IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01239-ZLW

SAJCHA HOBBS

    Applicant,

v.

HECTOR A. RIOS,

    Respondent.

## ORDER TO CURE DEFICIENCY

Weinshienk, Senior Judge

Applicant submitted a Motion for Certificate of Appealability § 2253, which is being treated as a notice of appeal, on September 6, 2006. The court has determined that the document is deficient as described in this order. Applicant will be directed to cure the following if he wishes to pursue this appeal.

**(A)  Filing Fee**
     X     is not submitted

**(B)  Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action**:
     X     is not submitted
     ___     is missing affidavit
     ___     is missing required financial information
     ___     is missing an original signature by the prisoner
     ___     is not on proper form (must use the court's current form)
     ___     other_____

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Applicant, together with a copy of this order, an original and one copy of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action. It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this   12   day of            September         , 2006.

BY THE COURT:

*[signature]*
ZITA L. WEINSHIENK, Senior Judge
United States District Court